Farm to Market Truckers Association, Inc., Palmer Bliss, d/b/a Palmer Bliss General Trucking et al., Plaintiffs-Appellees, v. George R. Perrine, Chairman, Cyrus J. Colter et al., Members and Commissioners of the Illinois Commerce Commission, Joseph Bibb, Director of Department of Public Safety, and William H. Morris, Superintendent, State Police of Illinois, Defendants-Appellants.

Gen. No. 10,217. 

Third District.

February 17, 1959.

Rehearing denied April 8, 1959.

Released for publication April 8, 1959.

Latham Castle, Attorney General, Harry R. Begley, Special Assistant Attorney General, for defendants-appellants; Londrigan & Londrigan and Conrad Noll, Jr., for plaintiffs-appellees. Opinion by JUSTICE ROETH. Not to be published in full.